UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:15-cr-0120-CLC-SKL-01 |
| v. | ) |
| DEANTWUNG EPPS | ) |

## **MEMORANDUM AND ORDER**

    DEANTWUNG EPPS, ("Defendant") initially appeared by videoconference for a hearing on August 17, 2021 [Doc. 66]. Defendant, who was in a COVID-19 quarantine at the jail, was offered the option of proceeding by video-conference with his initial appearance on the pending Petition and Order for Warrant for Offender Under Supervision [Doc. 63] and related proceedings. Defendant elected to delay his preliminary proceedings until his COVID-19 quarantine expired so the preliminary proceedings could be held in person [Doc. 67]. Defendant appeared for an in-person hearing on August 26, 2021, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition in the above matter.

    Defendant was placed under oath and informed of his constitutional rights. It had been previously determined that Defendant wished to be represented by an attorney and that he qualified for appointed counsel. Attorney Presita West with Federal Defender Services of Eastern Tennessee was appointed to represent Defendant. It was again determined that Defendant had been provided with and a copy of the Petition and understood the allegations in the Petition.

    The Government moved that Defendant be detained without bail pending his revocation hearing before U.S. District Judge Curtis L. Collier. Defendant waived his right to a preliminary hearing and a detention hearing.

    Based upon the Petition and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of his conditions of supervised release as alleged in the Petition.

    Accordingly, it is **ORDERED** that:

(1) Defendant shall appear for a revocation hearing before U.S. District Judge Collier.

(2) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending his revocation hearing before Judge Collier is **GRANTED**.

(3)  The U.S. Marshal shall transport Defendant to an in-person revocation hearing **before District Judge Collier at 2:00 p.m. on Wednesday, September 22, 2021.**

SO ORDERED.

ENTER.
                                                  s/ *Susan K. Lee*
                                                  SUSAN K. LEE
                                                  UNITED STATES MAGISTRATE JUDGE